IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-02058-MSK-MJW

WILLIAM M. LYNCH,

    Plaintiff,

v.

ZURICH AMERICAN INSURANCE COMPANY, a New York corporation;
ZURICH AMERICAN INSURANCE COMPANYSAVINGS PLAN;
ZURICH AMERICAN INSURANCE COMPANY SEVERANCE PLAN;
ZURICH AMERICAN INSURANCE COMPANY RETIREMENT ACCOUNT PLAN; and
ZURICH AMERICAN INSURANCE COMPANY MEDICAL PLAN,

    Defendants.

---

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS**

---

IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 1st day of September, 2010.

                                      **BY THE COURT:**

                                      _____

                                      Marcia S. Krieger
                                      United States District Judge