IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-02058-MSK-MJW

WILLIAM M. LYNCH,

        Plaintiff,

v.

ZURICH AMERICAN INSURANCE COMPANY, a New York corporation;
ZURICH AMERICAN INSURANCE COMPANYSAVINGS PLAN;
ZURICH AMERICAN INSURANCE COMPANY SEVERANCE PLAN;
ZURICH AMERICAN INSURANCE COMPANY RETIREMENT ACCOUNT PLAN; and
ZURICH AMERICAN INSURANCE COMPANY MEDICAL PLAN,

        Defendants.

## *AMENDED* ORDER OF REFERENCE TO MAGISTRATE JUDGE

This matter comes before the Court, *sua sponte*.

**IT IS ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and FED. R. CIV. P. 72(a) and (b), this matter is referred to United States Magistrate Judge *Michael J. Watanabe* to conduct proceedings in this action as follows:

(X)    Convene a scheduling conference under FED. R. CIV. P. 16(b); enter a Scheduling Order meeting the requirements of D.C.COLO.LCivR 16.2; and hear and determine any motions seeking amendment or modification of the Scheduling Order.

(X)    Convene such settlement conferences as may facilitate resolution of this case.

(X)    Hear and determine motions relating to discovery.

(X)    Hear and determine such other non-dispositive motions as may be specifically referred.

(X)    Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on specifically referred dispositive

motions.

**IT IS FURTHER ORDERED that parties and counsel shall be familiar and comply with Judge Krieger's requirements found at** www.cod.uscourts.gov **.**

DATED this 2nd day of September, 2010.

                                      **BY THE COURT:**

_____

                          Marcia S. Krieger
                          United States District Judge