IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 10-cv-02058-MSK-MJW

WILLIAM M. LYNCH,

Plaintiff(s),

v.

ZURICH AMERICAN INSURANCE COMPANY, a New York Corporation,
ZURICH AMERICAN INSURANCE COMPANY SAVINGS PLAN,
ZURICH AMERICAN INSURANCE COMPANY SEVERANCE PLAN,
ZURICH AMERICAN INSURANCE COMPANY RETIREMENT ACCOUNT PLAN, and
ZURICH AMERICAN INSURANCE COMPANY MEDICAL PLAN,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Defendants' Unopposed Motion for Entry of Stipulated Proposed Protective Order (Docket No. 13) is GRANTED finding good cause shown. The written Stipulated Protective Order (Docket No. 13-1) is approved as amended in paragraph 11 and made an Order of Court.

It is FURTHER ORDERED that the Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint (Docket No. 14) is GRANTED consistent with Fed.R.Civ.P. 15(a) and finding no objection by Defendants. The Plaintiff's Second Amended Complaint and Jury Demand (Docket No. 14-1) is accepted for filing as of the date of this minute order.

Date: October 27, 2010