**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-02058-WJM-MJW

WILLIAM M. LYNCH,

       Plaintiff,

v.

ZURICH AMERICAN INSURANCE COMPANY, a New York corporation;
ZURICH AMERICAN INSURANCE COMPANYSAVINGS PLAN;
ZURICH AMERICAN INSURANCE COMPANY SEVERANCE PLAN;
ZURICH AMERICAN INSURANCE COMPANY RETIREMENT ACCOUNT PLAN; and
ZURICH AMERICAN INSURANCE COMPANY MEDICAL PLAN,

       Defendants.

_____

**ORDER GRANTING DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION**
_____

       Pursuant to the Stipulation of the parties filed on February 14, 2011 (Doc. #31), this action is DISMISSED WITH PREJUDICE.  Each party is to pay his or its own attorneys' fees and costs.

       DATED: <u>February 16, 2011</u>

                                                    BY THE COURT:

                                                    <u>*s/ William J. Martínez*      </u>
                                                    United States District Judge